Case 4:21-cv-04013   Document 33   Filed on 01/31/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 01, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Mirza Hyder Ali,** **Mukhmoor Ahmed Javed, and** **All Others Similarly Situated**           **Plaintiffs,** | Civil Action File No. 4:21-CV-04013 |
| v. | Jury Demanded |
| **Syed Atif Uddin, Syed Khashif Uddin,** **Mukhtar, Inc., and AK Express, Inc.,**           **Defendants.** | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. The Court finds, pursuant to Federal Rule of Civil Procedure 41(a)(1), that the parties' stipulation is approved. Accordingly, it is hereby ORDERED that all claims filed by Plaintiff Mirza Hyder Ali and Opt-in Plaintiff Mukhmoor Ahmed Javed against Defendants Syed Atif Uddin, Syed Khashif Uddin, Mukhtar, Inc. and AK Express, Inc. are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that each party shall bear his or its own costs and attorneys' fees associated with this action.

Signed on January 31, 2023, at Houston, Texas.

_____
**Hon. Charles R. Eskridge III**
**United States District Judge**